UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
April 17, 2023 2:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: KB 4/17

Adam Passarelli

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:23-cv-391**
**Sally J. Berens**
**U.S. Magistrate Judge**

v. Deputies Perry & Jones, Sergeant Stevenson & Deputy Jenkins

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐   No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?      Yes ☐   No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision?      Yes ☐   No ☐

4. Is the appeal still pending?      Yes ☐   No ☐

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

   a. If so, explain: _____

   _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Adam Lee Passarelli**

Place of Present Confinement **Muskegon County Jail**

Address **25 West Walton Ave, Muskegon, MI 49440**

Place of Confinement During Events Described in Complaint **B-4, B-9, A-6, C-10 & O-10, O-6**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Deputy Jones (Female)**
Position or Title **Deputy**
Place of Employment **Muskegon County Jail**
Address **25 West Walton Ave., Muskegon, MI 49440**
Official and/or personal capacity? **Personal**

Name of Defendant #2 **Perry (Male)**
Position or Title **Deputy**
Place of Employment **Muskegon County Jail**
Address **25 West Walton Ave, Muskegon, MI 49440**
Official and/or personal capacity? **Personal**

Name of Defendant #3 **Nate Stevenson**
Position or Title **Sergeant**
Place of Employment **Muskegon County Jail**
Address **25 West Walton Ave, Muskegon, MI 49440**
Official and/or personal capacity? **Personal**

Name of Defendant #4 **Deputy Jenkins 87760**
Position or Title **Deputy**
Place of Employment **Muskegon County Jail**
Address **25 West Walton Ave., Muskegon County Jail**
Official and/or personal capacity? **Personal**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

#1. When I informed Deputy Jones that another Inmate by name of Samari Walker threw a bag of shit in my room, they made me clean it up instead of Samari Walker himself or Trustees between dates of Dec 20th 2022 - Dec 24th 2022 1 day in the morning while I was in my room of B/9

#2 Sargeant Nate Stevenson himself on morning of Jan 12th around 12am - 2am has been making threats to me. Turning off body cam illegally, make me go on segregation in A-6 pod for 30 days without any way to call lawyer or family. Telling other Jail Deputies to ignore my Intercom even in medical emergencies. Refused me Commissary ordering. I been in Security since September 2022 under False Pretences. Refused to let my mom pick up all my possessions even though there's electronic proof of them allowed her permission on kites I sent in months of October - December 2022! They been locking my account 2 Times for Days from making calls. Finding ways to Harass me for no valuable reasons. Taking advantage of me because I'm autistic.

On April 6th around 11pm I told Staff I was hyperventilating, my head was warm, having a hard time breathing & was puking. It took them 40 minutes to answer my Intercom emergency button. They called me & before took away my out-time for it. It was deputy Jenkins 87760

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want $750 Million for violating my rights

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

3-9-23
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Adam Passarelli
Muskegon County Jail
980 Terrace Street
Muskegon, MI 49440



GRAND RAPIDS MI  493

14 APR 2023  PM 6  L

United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

49503-236399